any crime. On the trial the proof failed to establish that defendant committed any offense within the statutory period of limitation. Judgment unanimously reversed and the complaint dismissed. Present — Peck, P. J., Dore, Van Voorhis, Shientag and Heffernan, JJ.

∎

In the Matter of the Arbitration between NEWSPAPER AND MAIL DELIVERERS' UNION OF NEW YORK AND VICINITY, Respondent, and NEWARK NEWSDEALERS SUPPLY COMPANY, INC., Appellant.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Cohn, Callahan, Shientag and McCurn, JJ. [See ante, p. 758.]

∎

In the Matter of DOROTHY P. HODES, Respondent. 1299 REALTY CORP., Appellant.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See ante, p. 803.]

∎

In the Matter of 23 WEST STREET CORPORATION, Respondent. GIBBS & COX, INC., Appellant.— Motions for reargument denied. Present — Peck, P. J., Cohn, Callahan, Shientag and McCurn, JJ. [See ante, p. 795.]

∎

ASSOCIATED METALS & MINERALS CORPORATION, Appellant, v. BILGIN MADEN, LTD., Defendant. UNITED STATES OF AMERICA, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ. [See ante, p. 821.]

∎

CRISTINA DE B. PATINO v. ANTENOR PATINO.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See ante, p. 756.]

∎

In the Matter of LENORE F. MOORE, INC., Petitioner, against JOHN F. O'CONNELL et al., Constituting the Members of the State Liquor Authority of the State of New York, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ. [See ante, p. 811.]

∎

IRVING J. WEINTRAUB v. WELLMADE LEATHER GOODS CO., INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Cohn, Van Voorhis, Shientag and McCurn, JJ. [See ante, p. 819.]

∎

SELF SERVICE SUPER MARKET, INC., Appellant, v. BENJAMIN HARRIS et al., Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See ante, p. 227.]

∎

LAWTON ESTATES, INC., v. HENRY L. SCHENK.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ. [See ante, p. 812; post, 942.]